588 So.2d 1120 (1991)
Jerry CUTRER and Jerry Cutrer, d/b/a G & J Drive-In, Sharon Cutrer, Donise Cutrer, Jeffrey Cutrer and Jerry Cutrer, Individually and as Administrator of the Estate of his Minor Child, Dennis Cutrer
v.
ILLINOIS CENTRAL GULF RAILROAD COMPANY; Elgin, Joliet and Eastern Railway Company, Edward Peyton Robertson, Jr.; Janet Brumfield Byrd and James Russell Reeves.
No. 91-C-2038.
Supreme Court of Louisiana.
November 8, 1991.
*1121 Denied.